August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

EXLP LEASING LLC AND EES LEASING LLC, Appellants

NO. 14-14-00268-CV                              V.

GALVESTON CENTRAL APPRAISAL DISTRICT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Galveston Central Appraisal District, signed April 2, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it declared Tax Code sections 23.1241 and 23.1242 unconstitutional as applied to appellants' rental inventory. We therefore order that the portions of the judgment that declared Tax Code sections 23.1241 and 23.1242 unconstitutional as applied to appellants' rental inventory are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.